# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| QFS TRANSPORTATION, LLC, <br>     Plaintiff, | Case No. 1:21-cv-0092 <br> McFarland, J. <br> Litkovitz, M.J. |
| vs. | |
| ESTRADA TRANSPORT GROUP, INC., *et al.*, <br>     Defendants. | **ORDER** |

This matter is before the Court following the informal discovery conference held by telephone and recorded on September 23, 2024. Counsel for plaintiff QFS Transportation, LLC (QFS); counsel for defendant Knight Express, Inc. (Knight); and Claudia Zambrano, the owner of Knight Express, Inc., appeared and participated in the conference. At issue are the responses received to QFS's May 30, 2024 Second Set of Interrogatories and Requests for Production of Documents directed to Knight:

    **1. Interrogatory No. 20:** Identify the full legal name and last known contact information of any of Knight's driver(s) currently or formerly associated with the Illinois license plate number P1022666.

    **2. Interrogatory No. 21:** For any driver(s) identified in Interrogatory No. 20, provide the dates the driver was employed by or affiliated with Knight.

    **3. Interrogatory No. 25:** Identify all revenue (not estimates or approximations) generated by you from August 1, 2020 through January 31, 2022, and itemize such revenue with respect to each customer from when it was received.

    **4. Request for Production No. 16:** All documents and communications associated with or involving any driver(s) identified in Interrogatory No. 21.

    **5. Request for Production No. 17:** Records showing all actual revenue (not estimates or approximations) generated by you from August 1, 2020, through January 31, 2022, and itemizing such revenue with respect to each customer from when it was received.

For the reasons stated by the Court on the record, Knight must produce exact revenue information—not estimates or approximations—in response to Interrogatory No. 25 and Request for Production No. 17.

In addition, Knight must produce information relating to *former* drivers in response to Interrogatory Nos. 20 and 21 and Request for Production No. 16.  To the extent such information no longer exists, Knight is ordered to identify why it does not.

Knight is **ORDERED** to produce this information by **October 9, 2024.**

**IT IS SO ORDERED**.

Date: 9/23/2024

Karen L. Litkovitz
United States Magistrate Judge